IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD WILLIAMS, JR.,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 19-1386 |
| | : | |
| **MICHAEL D. OVERMYER, et al.,** | : | |
| Respondents. | : | |

### O R D E R

On May 25th, 2021, having received no objections from Petitioner Donald Williams, Jr.., I approved and adopted Former Magistrate Judge Linda K. Caracappa's Report and Recommendation advising that I deny Williams' Petition for a Writ of Habeas Corpus. (Doc. No. 24.) I subsequently received Williams' pro se Objections, filed past the due date. (Doc. No. 25.) I will deny them as untimely. In the alternative, I conclude they are without merit. Williams largely repeats the same arguments he raised in his Petition, some of which are outlandish or unintelligible. For example, Williams asserts that trial counsel was ineffective in failing to argue that the victim—who, according to the jury, died after Williams set her on fire—spontaneously combusted when Williams lit a cigar. I thus remain satisfied that Judge Caracappa's Report and Recommendation was correct.

**AND NOW**, this 1st day of June, 2021, it is hereby **ORDERED** that Petitioner Donald Williams Jr.'s Objections (Doc. No. 25) are **DENIED** as untimely or, in the alternative, **OVERRULED** as without merit.

**AND IT IS SO ORDERED**.

*/s/ Paul S. Diamond*

Paul S. Diamond, J.